IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY YOLANDA BOMBON CAYAMBE,

Petitioner,

v.

**TODD BLANCHE**, Attorney General; **MARKWAYNE MULLIN**, Secretary, U.S. Department of Homeland Security; **DAVID VENTURELLA**, Acting Director of Immigration and Customs Enforcement; **MARY DE ANDA-YBARRA,** ICE Field Office Director, **WARDEN,** Otero County Processing Center, *in their official capacities*,

Respondents.

CV. NO. 26-250 WJ/LF

**ORDER LIFTING TEMPORARY RESTRAINING ORDER**

This matter comes before the Court on Federal Respondents' Motion to Lift Temporary Restraining Order. Doc. 20. Therein, Federal Respondents seek an order lifting a prior order entered in this matter by a United States District Judge for the District of Minnesota enjoining Federal Respondents from removing Petitioner from the United States on the grounds that the habeas proceedings have now concluded, Petitioner is subject to a final order of removal, and immigration authorities seek to effectuate Petitioners' removal.

After reviewing the motion and noting no opposition from Petitioner's counsel, the Court finds that the motion is well-founded and hereby **GRANTS** the motion.

The order entered by the United States District Judge for the District of Minnesota enjoining Federal Respondents from removing Petitioner from the United States is hereby **LIFTED**.

Federal Respondents are hereby **AUTHORIZED** to transport Petitioner outside the United States to effectuate Petitioner's removal.

__/s/________________________________
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE

Submitted by:
Holland S. Kastrin
AUSA

Reviewed and approved by:
Louren Oliveros
Counsel for Petitioner