IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY YOLANDA BOMBON CAYAMBE,

Petitioner,

v.

**TODD BLANCHE**, Attorney General; **MARKWAYNE MULLIN**, Secretary, U.S. Department of Homeland Security; **DAVID VENTURELLA**, Acting Director of Immigration and Customs Enforcement; **MARY DE ANDA-YBARRA,** ICE Field Office Director, **WARDEN,** Otero County Processing Center, *in their official capacities*,

Respondents.

CV. NO. 26-250 WJ/LF

## JUDGMENT AND ORDER CLOSING CASE

**THIS MATTER is** before the Court under Fed. R. Civ. P. 58, upon the Petition for Writ of Habeas Corpus, **[Doc. 1]**, the Court having granted a writ of habeas corpus directing that Petitioner be granted a bond hearing or released from custody **[Doc. 19]**, Respondents having filed an unopposed motion to lift the temporary restraining order **[Doc. 20, 22]** consenting to Petitioner's removal from the United States, and there being no further habeas corpus relief that can be granted,

**IT IS ORDERED, ADJUDGED, and DECREED** that all habeas corpus claims have been concluded and the Clerk of Court is directed to **CLOSE** this case.

/s/
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE